UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 05-1379

In re: AMERICAN PAD & PAPER COMPANY,
Debtor

STEVEN G. SINGER, Chapter 7 Trustee,
Appellant
v.

FRANKLIN BOXBOARD CO.
a/k/a Franklin Boxboard Company;
BENNINGTON PAPERBOARD COMPANY,
Divisions of the Newark Group Inc.

MARGARET HARRISON,
Trustee
(D.C. Civil No. 03-cv-01077)

No. 05-1380

In re: AMERICAN PAD & PAPER COMPANY,
Debtor

STEVEN G. SINGER, Chapter 7 Trustee,
Appellant
v.

KIMBERLY-CLARK CORPORATION
d/b/a/ Neenah Papers

MARGARET HARRISON,
Trustee
(D.C. Civil No. 04-cv-00238)

No. 05-1381
_____

In re: AMERICAN PAD & PAPER COMPANY,
Debtor

STEVEN G. SINGER, Chapter 7 Trustee,
Appellant

v.

FRONTIER COMMUNICATIONS OF AMERICA INC.;
FRONTIER COMMUNICATIONS OF FAIRMONT INC.
FRONTIER COMMUNICATIONS OF GEORGIA INC.
d/b/a Frontier Communications Service

MARGARET HARRISON,
Trustee

(D.C. Civil No. 03-cv-01127)

_____

No. 05-1382
_____

In re: AMERICAN PAD & PAPER COMPANY,
Debtor

STEVEN G. SINGER, Chapter 7 Trustee,
Appellant

v.

STRATEGIC PAPER GROUP, LLC

MARGARET HARRISON,
Trustee

(D.C. Civil No. 03-cv-01130)

_____

On Appeal from the United States District Court

for the District of Delaware
District Judge: Hon. Kent A. Jordan

---

Before: SLOVITER, CHAGARES, and NYGAARD, <u>Circuit Judges</u>

---

## JUDGMENT

This cause came on to be considered on the record from the United States District Court for the District of Delaware and was argued on November 6, 2006.

On consideration whereof, it is now hereby ADJUDGED and ORDERED that the judgments of the District Court entered January 10, 11, and 19, 2005, be and the same are hereby affirmed.

Costs taxed against Appellant.

Attest:


/s/ Marcia M. Waldron
Clerk

DATED: March 2, 2007

Costs taxed in favor of Appellee, Dwyer Associates Inc., as follows:
Brief ..........................................$ 434.60
TOTAL .....................................$ 434.60

Costs taxed in favor of Appellee, W &D Machinery Co, as follows:
Brief ..........................................$195.00
TOTAL .....................................$195.00

Pg. 4

Costs taxed in favor of Appellee, JBM Envelope Co., as follows:
Brief ............................................... $227.20
TOTAL ......................................... $227.20

**Certified as a true copy and issued in lieu
of a formal mandate on March 28, 2007**

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**