PRECEDENTIAL

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

———

No. 05-1379

———

In re: AMERICAN PAD & PAPER COMPANY,
Debtor

STEVEN G. SINGER, Chapter 7 Trustee,
Appellant
v.

FRANKLIN BOXBOARD CO.
a/k/a Franklin Boxboard Company;
BENNINGTON PAPERBOARD COMPANY,
Divisions of the Newark Group Inc.

MARGARET HARRISON,
Trustee

(D.C. Civil No. 03-cv-01077)

———

No. 05-1380

———

In re: AMERICAN PAD & PAPER COMPANY,
Debtor

STEVEN G. SINGER, Chapter 7 Trustee,
Appellant
v.

KIMBERLY-CLARK CORPORATION
d/b/a/ Neenah Papers

MARGARET HARRISON,
Trustee

(D.C. Civil No. 04-cv-00238)

No. 05-1381

In re: AMERICAN PAD & PAPER COMPANY,
<u>Debtor</u>

STEVEN G. SINGER, Chapter 7 Trustee,
<u>Appellant</u>

v.

FRONTIER COMMUNICATIONS OF AMERICA INC.;
FRONTIER COMMUNICATIONS OF FAIRMONT INC.;
FRONTIER COMMUNICATIONS OF GEORGIA INC.,
d/b/a Frontier Communications Service

MARGARET HARRISON,
<u>Trustee</u>

(D.C. Civil No. 03-cv-01127)

No. 05-1382

In re: AMERICAN PAD & PAPER COMPANY,
<u>Debtor</u>

STEVEN G. SINGER, Chapter 7 Trustee,
<u>Appellant</u>

v.

STRATEGIC PAPER GROUP, LLC

MARGARET HARRISON,
<u>Trustee</u>

(D.C. Civil No. 03-cv-01130)

―――――

On Appeal from the United States District Court
for the District of Delaware
District Judge: Hon. Kent A. Jordan

―――――

Argued November 6, 2006

Before: SLOVITER, CHAGARES, and NYGAARD, Circuit Judges

ORDER AMENDING OPINION

IT IS ORDERED that the slip opinion in the above case, filed March 2, 2007, be amended as follows:

Page 8, line 2, the date "January 14, 2002" should be deleted and replaced by "January 3, 2002."

By the Court,

  /s/   Dolores K. Sloviter
   Circuit Judge

Dated:   March 6, 2007

| lwc/cc: | Adam Singer, Esq. | Joseph J. Bodnar, Esq. |
| --- | --- | --- |
| | Bruce Buechler, Esq. | George M. Cheever, Esq. |
| | E. Franklin Childress Jr, Esq. | Victoria W. Counihan, Esq. |
| | David N. Crapo, Esq. | Mark F. Foley, Esq. |
| | David M. Fournier, Esq. | Stephanie A. Fox, Esq. |
| | Gilbert L. Hamberg, Esq. | Donald J. Hutchinson, Esq. |
| | Dennis A. Meloro, Esq. | Lisa C. McLaughlin, Esq. |
| | Kathleen M. Miller, Esq. | Katherine M. Perhach, Esq. |
| | Jeffrey M. Schlerf, Esq. | Christopher P. Simon, Esq. |
| | Ashley B. Stitzer, Esq. | Michael H. Traison, Esq. |